IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT CARR INSURANCE AGENCY, INC.,** individually and on behalf of all those similarly situated | : : : : | |
| vs. | : : | 2:18-CV-01393 |
| **CAREER ADVANTAGE OF MAHONING VALLEY, INC., CAREER ADVANTAGE, INC. OF LAWRENCE COUNTY, CAREER ADVANTAGE, INC. OF MERCER COUNTY, KIMBERLY ANGELO-GABRIEL, and JOHN DOES 1-12** | : : : : : : | **Judge Peter J. Phipps** |

## ORDER OF COURT

AND NOW this _____ day of _____, 20\_\_\_\_, the Motion to Dismiss Pursuant to FRCP 12(b)(6) filed on behalf of Defendant, Kimberly Angelo-Gabriel, is hereby granted and the claims set forth in Plaintiff's Count I and Count II of the Class Action Complaint are dismissed with prejudice.

By the Court

_____